IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Maria V.F. Sunga, | ) |
| Plaintiff, | ) |
| v. | ) 1:09cv01119 (JCC) |
| Rees Broome, P.C., | ) |
| Defendant. | ) |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1)  the Motion to Dismiss [41] is GRANTED IN PART and DENIED IN PART;

(2)  pursuant to this Court's March 18, 2010 Order [14], to Count I of the Complaint is hereby DISMISSED WITH PREJUDICE;

(3)  the Motion to Dismiss [41] is DENIED as to Counts II-XVI;

(4)  Defendants shall have 10 days from the date of entry of this Order to file their answer; and

(5)  the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

      THIS ORDER IS FINAL

|  |  |
|---|---|
| | /s/ |
| August 12, 2010 | James C. Cacheris |
| Alexandria, Virginia | UNITED STATES DISTRICT COURT JUDGE |