IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARIA V. F. SUNGA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:09cv1119-JCC/TRJ |
| ) | |
| REES BROOME, P.C., ) | |
| ) | |
| Defendant. ) | |
| ) | |

STIPULATION REGARDING WITHDRAWAL OF MOTION
AND AMENDMENT OF ANSWER

Plaintiff Maria Sunga hereby withdraws her Motion to Strike Insufficient Defenses from Defendant's Answer inasmuch as she has agreed that Defendant may file an amended answer. By agreement of the parties, Plaintiff's withdrawal of the motion to strike is without prejudice to renewal of that motion by refiling it in response to Defendant's amended answer. Also by agreement of the parties, Defendant may file an amended answer within three days after completion of the mediation in this action. Provided Plaintiff serves any discovery requests seeking facts and/or documents relating to any amended affirmative defense within seven

days after completion of the mediation, Defendant shall respond to that discovery within 15 days after completion of the mediation.

Respectfully submitted,

/s/Ernest P. Francis
Ernest P. Francis, Esq. VSB #27276
epfrancisltd@verizon.net
Attorney for Maria V.F. Sunga
ERNEST P. FRANCIS, LTD.
1655 North Fort Myer Drive
Suite 700
Arlington, VA 22209
(703) 683-5696
Fax (703) 683-2785

/s/Robert E. Draim
Robert E. Draim, Esq., VSB#18635
Amanda M. Schwartz, Esq., VSB#77970
rdraim@hudginslawfirm.com
Attorneys for Rees Broome, P.C.
HUDGINS LAW FIM
515 King Street, Suite 400
Alexandria, VA 22030
(703) 739-3300
Fax (703) 739-3700